# UNITED STATES DISTRICT COURT
for the
Middle District of Alabama

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Marvin C. Thompson ) | Case No: 3:92CR162-ID-05 |
| ) | USM No: 84302-020 |
| Date of Previous Judgment: 1/22/93 ) | |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  X the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
    X DENIED.    ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:  28            Amended Offense Level:  N/A
Criminal History Category:  IV         Criminal History Category:  ____
Previous Guideline Range:  120 to 137 months   Amended Guideline Range:  ____ to ____ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
X Other (explain):  Defendant is not eligible for reduction. Defendant was released to supervised release after the completion of his sentence on 12/7/2001. His supervised release was revoked on 4/11/2006.

**III. ADDITIONAL COMMENTS**



Except as provided above, all provisions of the judgment dated  1/22/93  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  September 8, 2008          _____
                                              Judge's signature

Effective Date:  September 22, 2008      Ira DeMent, Senior U.S. District Judge
         (if different from order date)        Printed name and title